

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00151-CV

**IN RE** Dr. Richard Bruce **DE BENEDETTO**, M.D.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
     Patricia O. Alvarez, Justice
     Jason Pulliam, Justice

On May 29, 2015, relator Dr. Richard Bruce DeBenedetto filed a "corrected" petition for writ of mandamus, along with a motion for extension of time to request rehearing of his previously filed petition for writ of mandamus. The court has considered relator's corrected petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

Relator's motion for extension of time to request rehearing is DENIED. *See* TEX. R. APP. P. 4.5(b).

It is so **ORDERED** on June 4, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 111069C, styled *In the Interest of E.D., E.D., I.D., and J.D., Children*, pending in the County Court at Law, Kerr County, Texas, the Honorable Cathy Morris, Associate Judge, presiding.